UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA : **SEALED ORDER**
:
- v. - : 23 Cr. 133
:
LARS WINKELBAUER, :
ABILASH KURIEN, :
CARLTON LLEWELLYN, :
ROBERT SCHIRMER, :
SKYE XU, :
BENJAMIN WEI, :
   a/k/a "Ben Wei," :
ALVARO LOPEZ, :
FABIOLA CINO, :
ORLANDO WONG, and :
PATRICK LAU, :
   a/k/a "Pat Lau," :
:
          Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS on March 13, 2023, a Grand Jury returned a sealed indictment (the "Indictment") charging Lars Winkelbauer, Abilash Kurien, Carlton Llewellyn, Robert Schirmer, Skye Xu, Benjamin Wei a/k/a "Ben Wei," Alvaro Lopez, Fabiola Cino, Orlando Wong, and Patrick Lau, the defendants, with criminal offenses set forth in Counts One through Four of the Indictment;

WHEREAS on March 13, 2023, United States Magistrate Judge Katharine H. Parker issued arrest warrants (the "Arrest Warrants") for the defendants in connection with the Indictment;

WHEREAS on April 12, 2023, the United States seeks to execute the Arrests Warrants, which requires the coordination of ten arrests in three federal districts and a foreign country;

WHEREAS the United States seeks to provide notification of the Indictment and the arrests to the United States District Judge to whom this Indictment will be assigned as soon as practicable to coordinate the presentment and arraignment of the defendants;

WHEREAS the United States also seeks to provide notification of the Indictment and presentment/arraignment details to counsel for the defendants as soon as practicable;

IT IS HEREBY ORDERED that the Indictment shall be sealed until 9:00 a.m. Eastern Time on April 12, 2023, at which time it shall be unsealed, assigned to a United States District Judge, and docketed in the above-captioned case.

IT IS FURTHER ORDERED that this order shall be sealed until 9:00 a.m. Eastern Time on April 12, 2023, at which time it shall be unsealed and docketed in the above-captioned case.

Dated:  New York, New York
April 10, 2023

_____
THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE