```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                -v-                                                    :     23-CR-133 (JMF)
                                                                       :
LAR WINKELBAUER,                                                       :     SCHEDULING ORDER
                                                                       :
                Defendant.                                             :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **May 4, 2023** at **10:00 a.m.** in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York **(NOT the Court's usual Courtroom)**. Given the number of Defendants in this case, the Court intends at the conference to set not only a **deadline for defense motions** (for all motions other than motions to sever based on the number of defendants and *Bruton* motions), but also a **firm trial date**. Counsel should confer in advance of the proceeding about both issues and be prepared at the conference to identify dates that all parties would be available for trial. Counsel should also be prepared to discuss ways to coordinate or facilitate discovery, including whether it would be appropriate to appoint a Coordinating Discovery Attorney.

SO ORDERED.

Dated: April 26, 2023
       New York, New York
                                            _____
                                                    JESSE M. FURMAN
                                                 United States District Judge