UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,                 :

                                                     :

               -v-                          :           23-CR-133 (JMF)

                                                       :

LAR WINKELBAUER et al.,                 :                <u>ORDER</u>

                                                       :

                              Defendants.               :

                                                       :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

         As discussed on the record at the conference held earlier today:

1. The Government shall produce all discovery in its possession by **May 25, 2023**;

2. The Government shall make any expert disclosures no later than **60 days before trial** and Defendants shall make any expert disclosures no later then **30 days before trial** (unless the parties seek, and the Court grants, a modification of these deadlines);

3. Defense motions (other than severance motions based on the number of defendants or Bruton motions) shall be filed by **November 14, 2023**; any opposition shall be filed (on a consolidated basis) by **December 12, 2023**; and any replies shall be filed by **December 20, 2023**;

4. Trial will begin on **October 28, 2024**. **This is a FIRM trial date**; and

5. The parties shall appear for a pretrial conference on **January 23, 2024**, at **3 p.m.** Unless and until the Court orders otherwise, the conference will be held in Courtroom 1105 of the Thurgood Marshall United States Courthouse.

**Unless and until the Court orders otherwise, the foregoing dates and deadlines apply to**

**Defendant Lars Winkelbauer as well.** To that end, the Government shall produce discovery to Mr.

Winkelbauer's counsel by the deadline set forth above, whether or not he has appeared in this Court.

         SO ORDERED.

Dated: May 4, 2023
       New York, New York

_____
               JESSE M. FURMAN
            United States District Judge