

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2023

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States District Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Lars Winkelbauer*, 23 Cr. 133 (JMF)

Dear Judge Furman,

The Government anticipates that defendant Lars Winkelbauer will be presented and arraigned on Indictment 23 Cr. 133 (JMF) on August 4, 2023, following his extradition from Thailand. Subject to any recommendations on behalf of Pre-Trial Services and the Magistrate Court's approval, the parties have reached an agreement on a proposed bail package that includes the following conditions:

- A $750,000 personal recognizance bond, co-signed by 1 financially responsible person and secured by $100,000 in cash or property.

- Electronic monitoring, with a curfew to be set by Pre-Trial Services.

- Pre-Trial Services supervision as directed, consistent with the electronic monitoring condition.

- Surrender any travel documents, to include both U.S. and German passports, and any foreign visas or identity cards, and make no new applications.

- Travel restricted to Southern and Eastern Districts of New York and the Eastern District of Louisiana, with points in between for travel purposes only.

- No contact with co-defendants, witnesses, or victims outside presence of counsel.

- Do not open any new financial, business, personal bank accounts, debit or credit card accounts, lines of credit, or loans without prior approval from Pretrial Services.

To ensure that the secured bond condition can be satisfied on August 4, 2023 even if the defendant is not presented until after 5:00 p.m., the Government respectfully requests that the Court issue a docket entry permitting the Clerk's Office for the United States District Court for the

Hon. Jesse M. Furman
August 3, 2023
Page 2

Southern District of New York to accept possession of any certified check presented by counsel for the defendant in advance of the defendant's presentment.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

By:     /s/
              Danielle Kudla
              Katherine C. Reilly
              Assistant United States Attorneys
              (914) 993-1930 / (212) 637-2304 / 6521

cc:    Carrie H. Cohen, Esq. (by ECF)

SO ORDERED. The Clerk of Court is permitted to accept possession of any certified check presented by defense counsel in advance of the presentment.

*[signature]*

August 3, 2023