**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

January 2, 2024

Writer's Direct Contact
+1 (212) 468-8049
CCohen@mofo.com

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York, 10007

Re:    *United States v. Winkelbauer, et al.*
       23 Cr. 133 (JMF)

Dear Judge Furman:

      We represent Lars Winkelbauer in the above matter and respectfully write to request confirmation that Mr. Winkelbauer is permitted to travel from the Western District of Louisiana to the Southern District of New York for a meeting with legal counsel. While Mr. Winkelbauer's existing bond conditions permit this travel, we have confirmed with Mr. Winkelbauer's probation officer as well as the government that they do not object to this request. Accordingly, we respectfully request confirmation that Mr. Winkelbauer is permitted to travel to the Southern District of New York on January 10, 2024, returning to the Western District of Louisiana on January 12, 2024, for the aforementioned meeting.

Respectfully submitted,

*/s/ Carrie H. Cohen*
Carrie H. Cohen

Application GRANTED. The Clerk of Court is directed to terminate Docket No. 173.

SO ORDERED.

[signature]

January 3, 2024