

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2024

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States District Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Lars Winkelbauer et al.*, 23 Cr. 133 (JMF)

Dear Judge Furman:

      The Government writes jointly with counsel for Mr. Winkelbauer and Mr. Kurien to request a brief adjournment of their motions deadlines given their upcoming pleas.

      Earlier today, the Government transmitted signed copies of plea agreements for Mr. Winkelbauer and Mr. Kurien to the Court, and the Court is in the process of scheduling pleas for both defendants during the week of February 26, 2024.  The motions deadline in the case is today. Given those impending pleas, the parties jointly request that the motions deadline for those two defendants—and only those two defendants—be adjourned until the day after the second plea is scheduled for, with the understanding that no motions will be filed because the defendants will plead prior to the deadline.

Hon. Jesse M. Furman
February 15, 2024
Page 2

    A third defendant, Skye Xu, remains in the case. To be clear, the Government is not requesting that the motions deadline for Xu be extended.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ Kevin Mead
    Katherine C. Reilly
    Danielle Kudla
    Kevin Mead
    Qais Ghafary
    Assistant United States Attorneys
    (212) 637-6521/2304/2211/2534

cc:    All Defense Counsel (by ECF)

Mr. Winkelbauer and Mr. Kurien are granted extensions of their motion deadlines to the *earlier* of March 8, 2024, or one day after the date on which his or her plea is scheduled to occur. Today's deadline for Skye Xu remains in effect. The Clerk of Court is directed to terminate Doc. #198.

SO ORDERED.

February 15, 2024