# ⅢORRISON FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 14, 2024

Writer's Direct Contact
+1 (212) 468-8049
CCohen@mofo.com

Via ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

*Application GRANTED. Sentencing is hereby RESCHEDULED to **May 30, 2024, at 11:00 a.m.** The Clerk of Court is directed to terminate Doc. #254. SO ORDERED.*

*May 15, 2024*

Re:   *United States v. Winkelbauer, et al.*
      23 Cr. 133 (JMF)

Dear Judge Furman:

       We respectfully write on behalf of our client, Lars Winkelbauer, in the above matter regarding the rescheduling of his sentencing from May 30, 2024 to July 17, 2024 (ECF No. 252).

       We appreciate that the Court tried but was unable to accommodate our request to reschedule the sentencing hearing to June 10 or 11, 2024 but the new July date is too far in time given our client's desire to be sentenced as soon as practicable due to his extended separation from his wife and son in Thailand.  Accordingly, we are prepared to go forward with the sentencing hearing on the original scheduled date of May 30, 2024 at 11:00 a.m. with our sentencing memorandum being due pursuant to Your Honor's Individual Rules of Practice two weeks before that date, which is May 16, 2024. Given that the final Presentence Report (PSR) is due by May 22, 2024, we also request permission to submit a short letter by May 24, 2024 to address the Probation Office's sentencing recommendation in its final PSR and raise any objections thereto.

       This is Mr. Winkelbauer's second request to reschedule his sentencing hearing. The government has no objection to this request and is available on the original scheduled date of May 30, 2024 at 11:00 a.m. for Mr. Winkelbauer's sentencing hearing.

Respectfully submitted,

*S/ Carrie H. Cohen*
Carrie H. Cohen

cc:  All Counsel of Record via ECF