**IIIORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 17, 2024

Writer's Direct Contact
+1 (212) 468-8049
CCohen@mofo.com

Via ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to leave Doc. # 259 (with viewing limited to the Court) and to terminate Doc. #260.

SO ORDERED.

*[signature]*

May 17, 2024

Re:    *United States v. Winkelbauer, et al.*
       23 Cr. 133 (JMF)

Dear Judge Furman:

        We represent Defendant Lars Winkelbauer in the above matter and respectfully write to request that (ECF No. 259) be placed under permanent seal, as it inadvertently included confidential and personally identifiable information within an exhibit.

Respectfully submitted,

*S/ Carrie H. Cohen*
Carrie H. Cohen

cc:  AUSAs of Record via ECF