**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 20, 2024

Writer's Direct Contact
+1 (212) 468-8049
CCohen@mofo.com

Application GRANTED. The Clerk of Court is directed to terminate Doc. #265. SO ORDERED.

*[Signature]*

May 20, 2024

<u>Via ECF</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Winkelbauer, et al.*
      23 Cr. 133 (JMF)

Dear Judge Furman:

      We represent Defendant Lars Winkelbauer in the above matter and respectfully write to request confirmation that Mr. Winkelbauer is permitted to travel from the Western District of Louisiana to the Southern District of New York to prepare for and attend his sentencing hearing on May 30, 2024 at 11:00 a.m.  While Mr. Winkelbauer's existing bond conditions permit this travel, we have confirmed with Mr. Winkelbauer's Probation Officer as well as the government that they do not object to this request.  Accordingly, we respectfully request confirmation that Mr. Winkelbauer is permitted to travel to the Southern District of New York on May 27, 2024, returning to the Western District of Louisiana on May 31, 2024 following the sentencing hearing.

Respectfully submitted,

<u>S/ Carrie H. Cohen</u>
Carrie H. Cohen

cc:   AUSAs of Record via ECF