UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                                                                 :

UNITED STATES OF AMERICA,                  :

                -v-                                              :           23-CR-133-1 (JMF)

LARS WINKELBAUER,                          :           <u>ORDER</u>

                Defendant.              :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that Pretrial Services release Mr. Winkelbauer's passport to the Probation Office to facilitate his return to Thailand.

       SO ORDERED.

Dated: October 9, 2025
       New York, New York

                                                                       JESSE M. FURMAN
                                                               United States District Judge